# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

| | |
|---|---|
| MARILYN PIERCE,<br>On Behalf of Herself and<br>All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br>v.<br><br>NORTH DALLAS HONEY COMPANY,<br>a Domestic Corporation,<br><br>　　　　　　　　　Defendant. | Case No. 3:19-cv-00410-X<br><br>**[*PROPOSED*] ORDER GRANTING THIRD JOINT MOTION TO AMEND SCHEDULING ORDER** |

　　　　Upon review of the Parties' Third Joint Motion to Amend Scheduling Order (the "Motion"), and pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, it is hereby ORDERED, that the Motion is GRANTED. The following modification shall be made to the schedule governing class certification discovery in this matter:

I.　　Defendant's response to Plaintiffs' motion for class certification shall be filed no later than February 12, 2021

　　　　DONE and ORDERED in Chambers this __day of _____, 2021.


　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BRANTLEY STARR
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Pursuant to Local Rule 7.1(c), the undersigned parties hereby note their agreement to this proposed order.

Dated: January 26, 2021

*/s/ Robert B. Wolinsky*
Robert B. Wolinsky*
DC Bar No. 479816
**HOGAN LOVELLS US LLP**
555 Thirteenth Street NW
Washington, DC 20004
T. (202) 637-5600
F. (202) 637-5910
robert.wolinsky@hoganlovells.com

Michelle Y. Ku
Texas State Bar No. 24071452
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
T. (214) 999-3000
F. (214) 999-4667
mku@foley.com

\**pro hac vice*

*Counsel for Defendant*

Dated: January 26, 2021

*/s/ Terrence Buehler*
Terrence Buehler
Illinois Bar No. 6181738
**THE LAW OFFICE OF
TERRENCE BUEHLER**
1 South Wacker Drive, Suite 3140
Chicago, Illinois 60606
T. (312) 371-4385
tbuehler@tbuehlerlaw.com

Kenneth W. Biermacher
Texas State Bar No. 02302400
Emily E. Green
Texas State Bar No. 24106027
**KANE RUSSELL COLEMAN LOGAN PC**
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75201
T. (214) 777-4200
F. (214) 777-4299
kbiermacher@krcl.com
egreen@krcl.com

Kent A. Heitzinger
Illinois State Bar No. 3123385
**KENT A. HEITZINGER & ASSOCIATES**
1056 Gage Street, #200
Winnetka, Illinois 60093
T. (847) 446-2430
heitzinger.law@gmail.com

*Counsel for Plaintiffs*

3