# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

| | |
|---|---|
| **MARILYN PIERCE,** § <br> **On Behalf of Herself** § <br> **and All other similarly situated** § <br> § <br> **Plaintiffs,** § <br> § <br> **v.** § <br> § <br> **NORTH DALLAS HONEY COMPANY,** § <br> **a Domestic Corporation,** § <br> § <br> **Defendant.** § | **CASE NO. 3:19-CV-0410-B** <br><br> **CLASS ACTION** <br> **COMPLAINT** <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Marilyn Pierce and Anish Dave, by and through their undersigned attorneys, hereby provide notice to the Court that the above-entitled action is and shall be voluntarily dismissed with prejudice and without costs to either party.

Dated:  February 4, 2021

**KANE RUSSELL COLEMAN LOGAN PC**

By: /s/ *Kenneth W. Biermacher*
Kenneth W. Biermacher
State Bar No. 02302400
E-mail: kbiermacher@krcl.com

  901 Main Street, Suite 5200
  Dallas, Texas  75202
  Telephone:   (214) 777-4200
  Facsimile:   (214) 777-4299

  -AND-

**KENT A. HEITZINGER & ASSOCIATES**

By: */s/ Kent A.Heitzinger*
Kent A. Heitzinger
Illinois Bar No. 3123385
E-mail: heitzinger.law@gmail.com

   1056 Gage St., # 200
   Winnetka, IL 60093
   Phone: (847) 446-2430

**LAW OFFICE OF TERRENCE BUEHLER**

By: */s/ Terrence Buehler*
Terrence Buehler
Illinois Bar No. 6181738
E-mail:  tbuehler@tbuehlerlaw.com

   19 South LaSalle Street, Suite 702
   Chicago, Illinois 60606
   (312) 371-4385

*Counsel for Plaintiffs*