UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARILYN PIERCE, and ANISH DAVE, individually and on behalf of all others similarly situated<br><br>*Plaintiffs,*<br><br>v.<br><br>NORTH DALLAS HONEY COMPANY,<br><br>*Defendant.* | §§§§§§§§§§§§§  Civil Action No. 3:19-CV-00410-X |

## ORDER OF DISMISSAL

Having received the parties *Notice of Dismissal with Prejudice* [Doc. No. 43], the Court hereby **DISMISSES** all claims by all parties **WITH PREJUDICE**. Each party will bear their own costs, expenses, and attorney's fees.

**IT IS SO ORDERED** this 8th day of February, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1